# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JANE DOE,

    Plaintiff(s),

v.

MAYSEN MELTON, et al.,

    Defendant(s).

Case No.: 2:19-cv-01860-JAD-NJK

**ORDER**

Defendant Clark County School District removed this case nearly three months ago, on October 21, 2019. Docket No. 1. The removal papers indicate that the School District was served October 3, 2019. *Id.* at 2. The deadline for the School District to respond to the complaint expired long ago. *See* Fed. R. Civ. P. 81(c)(2).[1] Plaintiff has also filed notices of executed service on the other Defendants, all of which provide a served date from October or November of this year. *See* Docket Nos. 8-10. The deadline for these Defendants to respond to the complaint similarly expired weeks or months ago. *See* Fed. R. Civ. P. 12(a).

It is unclear why this case is not proceeding, either through the filing of responses to the complaint or the filing of requests for entry of default. The failure is especially puzzling given

---

[1] The removal papers make no mention of any answer or other response being filed in state court prior to removal. *See* Docket No. 1 at 3 (representing that all state court pleadings were attached); *see also id.* at 5-20 (not attaching any response to the complaint).

1

that no stipulation or other request for an extension has been filed. *Cf.* Local Rule 7-1(b) (addressing need for court approval of stipulations, except those set forth in Fed. R. Civ. P. 29).

Plaintiff must file either a status report or requests for entry of default by January 23, 2020.

IT IS SO ORDERED.

Dated: January 17, 2020

                                                                     _____
Nancy J. Koppe
United States Magistrate Judge